1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Acting Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
      450 Golden Gate Avenue, Tenth Floor
5  San Francisco, California 94102
   Telephone:    (415) 436-6909
6  Facsimile:    (415) 436-6748
   Email: jonathan.lee@usdoj.gov
7
   Attorneys for Defendant
8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 DONNA STAFFORD,     )  No. C 05-1113 EDL
                   )
13     Plaintiff,       )  STIPULATION AND (PROPOSED)
                   )  ORDER SELECTING ADR PROCESS;
14     v.              )
                   )  ADR CERTIFICATION
15 SOCIAL SECURITY ADMINISTRATION, )
   AND THE UNITED STATES,   )
16                 )
       Defendants      )
17                 )
   _____)
18

1 | The parties stipulate to participate in the following ADR process: Mediation

3 | DATED: July 5, 2005         PETER S. YOUNG, Attorney At Law

                                /s/
                                ──────────────────────────────
                                PETER S. YOUNG
                                Attorney for Plaintiff Donna Stafford

6 | DATED: July 5, 2005         WILLIAM C. CARPENTER, JR., Attorney At Law

                                /s/
                                ──────────────────────────────
                                WILLIAM C. CARPENTER, JR.
                                Attorney *Pro Hac Vice* for Plaintiff Donna Stafford

10 | DATED: July 5, 2005        KEVIN V. RYAN
                                United States Attorney

                                /s/
                                ──────────────────────────────
                                JONATHAN U. LEE
                                Assistant United States Attorney
                                Attorneys for Defendants

**IT IS SO ORDERED:**

DATED: 7/7/2005

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Elizabeth D. Laporte]

UNITED STATES MAGISTRATE JUDGE

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

DATED: July 5, 2005                    PETER S. YOUNG, Attorney At Law

                                                 /s/
                                         PETER S. YOUNG
                                         Attorney for Plaintiff Donna Stafford

DATED: July 5, 2005                    WILLIAM C. CARPENTER, JR., Attorney At Law

                                                 /s/
                                         WILLIAM C. CARPENTER, JR.
                                         Attorney *Pro Hac Vice* for Plaintiff Donna Stafford

DATED: July 5, 2005                    KEVIN V. RYAN
                                         United States Attorney

                                               /s/
                                         JONATHAN U. LEE
                                         Assistant United States Attorney
                                         Attorneys for Defendants