1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
     450 Golden Gate Avenue, Tenth Floor
5    San Francisco, California 94102
     Telephone:      (415) 436-6909
6    Facsimile:      (415) 436-6748
     Email: jonathan.lee@usdoj.gov
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11 DONNA STAFFORD,                     )
                                       )    No. C 05-1113 EDL
12        Plaintiff,                   )
                                       )
13        v.                           )    **UNOPPOSED MOTION FOR
                                       )    ADMINISTRATIVE RELIEF UNDER
14 SOCIAL SECURITY ADMINISTRATION,     )    CIVIL LOCAL RULE 7-11 BASED ON
   AND THE UNITED STATES,              )    STIPULATION AND** ~~PROPOSED~~
15                                     )    **ORDER**
          Defendants.                  )
16 _____)

17

18        SUBJECT TO THE AGREEMENT OF THE COURT, THE PARTIES STIPULATE BY

19 AND THROUGH THEIR COUNSEL OF RECORD TO EXTEND THE TIME PERIOD FOR

20 COMPLETION OF MEDIATION IN THIS CASE BY APPROXIMATELY 90 DAYS,

21 THROUGH JANUARY 19, 2006.

22        The parties make this request due to discovery-related issues involving a state court

23 juvenile proceeding and state confidentiality laws.  In this case, plaintiff alleges that a federal

24 employee improperly disclosed her private information to a state agency, which then used that

25 information against the plaintiff in the state court juvenile proceeding.  At present, plaintiff takes

26 the position that she is constrained by state confidentiality laws from producing documents or

27 even giving oral testimony about the events in the state proceeding.  The parties sought a

28 protective order at a hearing on October 4, 2005.  The Court expressed an unwillingness to rule

1    on the discovery issue until the position of the plaintiff's daughter and other interested parties

2    was clarified.  As a result, the parties agreed to postpone the plaintiff's deposition set for October

3    5th.  Also, the parties informed the mediator Marjorie Gelb, Esq. of these developments and their

4    intent to seek this order.

5         Under ADR Local Rule 6-4(b), the mediation must be conducted within 90 days of the

6    Case Management Conference or issuance of the initial case management order, whichever

7    occurs first.  Thus, the mediation must be conducted no later than October 17, 2005.

8         In light of the discovery issues, the parties believe an extension of the time period for

9    mediation is warranted and should be ordered.  Under Civil Local Rule 7-11, the parties stipulate

10   to the extension of the time period for completion of mediation in this case by approximately 90

11   days, through and including January 19, 2006, and request that the Court sign the order below.

12

13   DATED: October 7, 2005                    PETER S. YOUNG, Attorney At Law

14                                                          /s/
                                                       PETER S. YOUNG
15                                                     Attorney for Plaintiff Donna Stafford

16
     DATED: October 7, 2005                    WILLIAM C. CARPENTER, JR., Attorney At Law
17
                                                           /s/
18                                                     WILLIAM C. CARPENTER, JR.
                                                       Attorney *Pro Hac Vice* for Plaintiff Donna Stafford
19

20   DATED: October 7, 2005                    KEVIN V. RYAN
                                                       United States Attorney
21
                                                           /s/
22                                                     JONATHAN U. LEE
                                                       Assistant United States Attorney
23                                                     Attorneys for Defendants

24   **IT IS SO ORDERED:**

25   DATED: October 7, 2005

26                                                     HON. ELIZABETH D. LAPORTE
                                                       UNITED STATES MAGISTRATE JUDGE

27

28

STIPULATION AND ~~PROPOSED~~ ORDER (CIVIL LOCAL RULE 7-11)
C 05-1113 EDL                                      -2-