1  Peter S. Young CA SB No. 60219
   Attorney at Law
2  271 Miller Ave.
   Mill Valley, CA 94941
3  (415) 388-2400; *Facsimile (415) 388-2476*
   webtuner@pacbell.net
4

5  William C. Carpenter Jr., *Pro Hac Vice*, Oregon SB No. 90045
   474 Willamette St., Suite 303
6  Eugene, OR 97401
   (541) 484-4436; *Facsimile: (541) 683-1346*
7  wcarpenter@igc.org

8  Attorneys for Plaintiff

9

10

11

12                        IN THE UNITED STATES DISTRICT COURT

13                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                              SAN FRANCISCO DIVISION

15  DONNA STAFFORD,                          )
                                             )
16                                           )      C 05-01113 EDL
                        Plaintiff,           )
17        v.                                 )      **JOINT STIPULATION AND**
                                             )      **[PROPOSED] ORDER RE**
18  THE SOCIAL SECURITY ADMINISTRATION,      )      **PRO HAC VICE APPEARANCE**
    and THE UNITED STATES,                   )      **BY TELEPHONE FOR ORAL**
19                                           )      **ARGUMENT ON**
                        Defendants.          )      **DEFENDANT'S MOTION TO**
20  _____      )      **COMPEL**

21          Subject to the approval of this Court, plaintiff Donna Stafford and defendant, the

22  Social Security Administration, by and through their undersigned counsel, hereby stipulate to

23  allow Ms. Stafford's pro hac vice counsel, Mr. William C. Carpenter Jr., to attend the 9 a.m.-

24  January 17, 2006 oral argument on Defendant's Motion to Compel by telephone.

25          Because no opposition has been filed against the motion by any interested party,

26

27  JOINT STIPULATION AND CONFIDENTIAL INFORMATION RE: PRO HAC VICE
    APPEARANCE BY TELEPHONE FOR ORAL ARGUMENT ON DEF.'S MTN
28  C 05-1113 EDL

1  and the travel time and expense involved is significant, this stipulation is presented for good
2  cause. Further, Ms. Stafford's local counsel Mr. Young will be appearing personally at this oral
3  argument in the matter.

4  **IT IS SO STIPULATED.**

5  DATED: January 11th, 2006          PETER S. YOUNG, Attorney At Law

6                                      _____/s/_____
7                                      PETER S. YOUNG
                                        Attorney for Plaintiff Donna Stafford

8
9  DATED: January 11th, 2006          WILLIAM C. CARPENTER, JR., Attorney At Law

10                                     _____/s/_____
                                        WILLIAM C. CARPENTER, JR.
                                        Attorney *Pro Hac Vice* for Plaintiff Donna Stafford

11
12 DATED: January 11th, 2006          KEVIN V. RYAN
                                        United States Attorney

13                                     _____/s/_____
14                                     JONATHAN U. LEE
                                        Assistant United States Attorney
                                        Attorneys for Defendants
15

16 **APPROVED AND SO ORDERED.**

    Dated:  January 12, 2006          GRANTED
17                                     _____
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27  JOINT STIPULATION AND CONFIDENTIAL INFORMATION RE: PRO HAC VICE
    APPEARANCE BY TELEPHONE FOR ORAL ARGUMENT ON DEF.'S MTN
28  C 05-1113 EDL