1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
5       450 Golden Gate Avenue, Tenth Floor
        San Francisco, California 94102
6       Telephone:     (415) 436-6909
        Facsimile:     (415) 436-6748
        Email: jonathan.lee@usdoj.gov
7
   Attorneys for Defendant USA
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11               SAN FRANCISCO DIVISION

12  DONNA STAFFORD,                    )   No. C 05-1113 EDL
                                       )
13         Plaintiff,                  )   [~~PROPOSED~~] ORDER GRANTING
                                       )   MOTION TO COMPEL DEPOSITION
14         v.                          )   TESTIMONY AND PRODUCTION OF
                                       )   DOCUMENTS
15  SOCIAL SECURITY ADMINISTRATION,    )
    AND THE UNITED STATES,             )
16                                     )   Date:   January 17, 2006
           Defendants.                 )   Time:   9:00 a.m.
17                                     )   Place:  Courtroom E, 15th Floor
                                       )           450 Golden Gate Avenue
18  _____)           San Francisco, CA
                                           Judge:  Hon. Elizabeth D. Laporte

19         On January 17, 2006, at 9:00 a.m., the captioned matter came on for hearing before the

20  Honorable Elizabeth D. Laporte.  Peter S. Young and William Carpenter (by telephone) appeared

21  for plaintiff Donna Stafford.  Assistant U.S. Attorney Jonathan Lee appeared for the Federal

22  Defendants.  Plaintiff Donna Stafford was also present.

23         Having considered the pleadings and arguments relating to the defendant's motion, the

24  Court makes the following order:

25         The Court GRANTS defendant's Motion to Compel, subject to the conditions described

26  below.

27         Plaintiff Donna Stafford is ordered to supplement her responses to interrogatories 4-5 and

28  requests for documents 7-8.  The Court directs counsel to follow the following guidelines before

    producing plaintiff's documents.  Following review by counsel, documents containing highly

1    sensitive, personal and private information relating to the plaintiff's daughter shall be produced.

2    The production of those materials will be without any redaction or partial redaction.  The

3    production of those materials will be to the attorneys of record in this litigation only and the

4    documents will be marked "FOR ATTORNEYS EYES ONLY" at the time of production.  If

5    needed, any party can bring to the Court's attention any specific concern about the plaintiff's

6    daughter's privacy interests at a later time.

7

8          Plaintiff is also ordered to testify at deposition about her knowledge of facts supporting

9    her allegations in her complaint.  Nothing in this order is to be construed as a limitation on the

10   scope of questioning at the plaintiff's deposition.

11

12         The Court also GRANTS the motion to extend the deadline for completion of mediation

13   by 90 days, until April 17, 2006.

14

15         SO ORDERED.

16

17   Dated: January  24  , 2006

18                                         _____
                                           Hon. ELIZABETH D. LAPORTE
19                                         United States Magistrate Judge

20

21

22

23

24

25

26

27

28

ORDER GRANTING MOTION TO COMPEL
C 05-1113 EDL                           2