1  Peter S. Young CA SB No. 60219
   Attorney at Law
2  271 Miller Ave.
   Mill Valley, CA 94941
3  (415) 388-2400; *Facsimile (415) 388-2476*
   webtuner@pacbell.net
4

5  William C. Carpenter Jr., *Pro Hac Vice*, Oregon SB No. 90045
   474 Willamette St., Suite 303
6  Eugene, OR 97401
   (541) 484-4436; *Facsimile: (541) 683-1346*
7  wcarpenter@igc.org

8  Attorneys for Plaintiff

9

10

11

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15  DONNA STAFFORD,                     )
                                        )
16                                      )   C 05-01113 EDL
                          Plaintiff,    )
17       v.                             )   **JOINT STIPULATION AND
                                        )   [PROPOSED] ORDER RE**
18  THE SOCIAL SECURITY ADMINISTRATION, )   **PRETRIAL DATE EXTENSIONS**
    and THE UNITED STATES,              )
19                                      )    AS MODIFIED, AND RE
                          Defendants.   )    MOTION TO CONTINUE
20  _____)    TRIAL DATE

21       Subject to the approval of this Court, plaintiff Donna Stafford and defendant, the Social

22  Security Administration, by and through their undersigned counsel, hereby stipulate to extend

23  the pretrial dates in the above entitled action for about sixty days.  Other than for an earlier

24  extension of time to complete mediation, no previous extensions of times have been requested of

25  the Court in this matter.  This stipulation and proposed order is supported by the declaration of

26  William C. Carpenter Jr.

27
    JOINT STIPULATION AND PROPOSED ORDER RE: PRETRIAL DATE EXTENSIONS
28  C 05-1113 EDL- Page 1

1    The discovery in this case has been complicated by the fact that some discovery in the

2  case was also protected material from an earlier California state court juvenile proceeding, and

3  unavailable even to plaintiff's counsel.  As such, the Court ruled from the bench on January 19,

4  2006 and granted an extension of time to complete the mediation process by an additional 90

5  days, to April 17, 2006.  The parties, while discovery is proceeding, believe that client resources

6  can be preserved by allowing these short extensions of time and to insure that the mediation

7  process can be fully effective. A trial date continuance to August 14, 2006 is being requested by

8  a separate, unopposed motion.

9         THEREFORE; the dates for the following activities are extended to:

10           a.  **April 21, 2006**: Deadline for completion of fact (non-expert) discovery

11           b. **May 17, 2006**: expert witness designation

12           c. **June 15, 2006:** rebuttal expert witness designation (primary experts were

13  already designated by the parties).

14           d. **June 28, 2006**: Deadline for completion of expert discovery

15           e. **June 6, 2006**: Final hearing date for dispositive motions (9:00 a.m.)

16   July 14, 2006 f. ~~July 6, 2006:~~ Joint pretrial statement due

17  August 8, 2006 g. ~~July 26, 2006:~~ Pretrial conference (2:00 p.m.)

18

19  **IT IS SO STIPULATED.**

20  DATED: January 20th, 2006              PETER S. YOUNG, Attorney At Law

21                                                     /s/
                                                   PETER S. YOUNG
22                                                 Attorney for Plaintiff Donna Stafford

23
    DATED: January 20th, 2006              WILLIAM C. CARPENTER, JR., Attorney At Law
24
                                                       /s/
25                                                 WILLIAM C. CARPENTER, JR.
                                           Attorney *Pro Hac Vice* for Plaintiff Donna Stafford
26

27
    JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE: PRETRIAL DATE EXTENSIONS
28  C 05-1113 EDL- Page 2

1

2

3     DATED: January 20th, 2006                     KEVIN V. RYAN
                                                    United States Attorney

4                                                   _____/s/_____
                                                    JONATHAN U. LEE
5                                                   Assistant United States Attorney
                                                    Attorneys for Defendants
6

7     **APPROVED AND SO ORDERED.**

8     Dated:   January 23, 2006

9                                                   _____
                                                    ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge
10

11        The Court also GRANTS Plaintiff's Unopposed Motion for Order Continuing Trial Date
          and hereby continues the trial in this case until August 21, 2006.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
      JOINT STIPULATION AND ~~PROPOSED~~ ORDER RE: PRETRIAL DATE EXTENSIONS
28    C 05-1113 EDL- Page 3