KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Tenth Floor
    San Francisco, California 94102
    Telephone:   (415) 436-6909
    Facsimile:    (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for Defendant USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA STAFFORD, | No. C 05-1113 EDL |
|     Plaintiff, | [~~PROPOSED~~] ORDER AMENDING EARLIER ORDER OF THE COURT |
|     v. | |
| SOCIAL SECURITY ADMINISTRATION, AND THE UNITED STATES, | |
|     Defendants. | |

1   THE PARTIES, BY AND THROUGH THEIR ATTORNEYS, STIPULATE AS
2   FOLLOWS:
3       The "FOR ATTORNEYS EYES ONLY" language shall be deleted from the Order signed
4   by the Court on January 24, 2006 (see Docket #42) for all documents produced in this case,
5   except for pages Bates-stamped 762-770 (the confidentiality of which document the parties may
6   or may not bring to the Court's attention in a future filing or letter as needed).  All other terms of
7   the January 24, 2006 order as well as the protective order dated August 18, 2005 remain
8   effective.
9       SO STIPULATED.
10  DATED: March 23, 2006          PETER S. YOUNG, Attorney At Law
11                                   /s/
                                    PETER S. YOUNG
12                                  Attorney for Plaintiff Donna Stafford
13
14  DATED: March 23, 2006          WILLIAM C. CARPENTER, JR., Attorney At Law
15                                   /s/
                                    WILLIAM C. CARPENTER, JR.
16                                  Attorney *Pro Hac Vice* for Plaintiff Donna Stafford
17
    DATED: March 23, 2006          KEVIN V. RYAN
18                                  United States Attorney
19                                   /s/
                                    JONATHAN U. LEE
20                                  Assistant United States Attorney
                                    Attorneys for Defendants
21
22      IT IS SO ORDERED.
23  Dated: March  24 , 2006                                _____
24                                  Hon. ELIZABETH D. LAPORTE
                                    United States Magistrate Judge
25
26
27
28

~~PROPOSED~~ ORDER AMENDING EARLIER ORDER OF THE COURT
C 05-1113 EDL                             2