Peter S. Young CA SB No. 60219
Attorney at Law
271 Miller Ave.
Mill Valley, CA 94941
(415) 388-2400; *Facsimile (415) 388-2476*
webtuner@pacbell.net


William C. Carpenter Jr., *Pro Hac Vice*, Oregon SB No. 90045
474 Willamette St., Suite 303
Eugene, OR 97401
(541) 484-4436; *Facsimile: (541) 683-1346*
wcarpenter@igc.org

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA STAFFORD,<br><br>               Plaintiff,<br><br>     v.<br><br>THE SOCIAL SECURITY ADMINISTRATION,<br>and THE UNITED STATES,<br><br>               Defendants. | C 05-01113 EDL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE PRO HAC VICE APPEARANCE BY TELEPHONE FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION TO COMPEL** |

Subject to the approval of this Court, plaintiff Donna Stafford and defendant, the Social Security Administration, by and through their undersigned counsel, hereby stipulate to allow Ms. Stafford's pro hac vice counsel, Mr. William C. Carpenter Jr., to attend the 9 a.m.- March 31, 2006 oral argument on Plaintiff's Motion to Compel and Marin County's Motion to Quash by telephone.

Because no defendants' opposition is expected to be filed against plaintiff's motion,

JOINT STIPULATION AND ORDER RE: TELEPHONE APPEARANCE FOR ORAL
ARGUMENT ON PLAINTIFF'S MOTION TO COMPEL

although an interested persons' opposition is expected, and the travel time and expense involved is significant, and pro hac vice counsel is traveling the following week to conduct depositions and a mediation, that this stipulation is presented with good cause.  Further, Ms. Stafford's local counsel Mr. Young can appear personally at oral argument in the matter if it is held in open court.  It was unable to be presented sooner because the date and time were not actually set, and because of discovery motions often occurring via telephone, counsel is yet unsure whether this stipulated order is required, but files it as a caution.  Pro hac vice counsel is planning to away from his office telephone that day, but will be standing by a telephone with the number  (541)-593-3985.

**IT IS SO STIPULATED.**

DATED: March 27th, 2006                           PETER S. YOUNG, Attorney At Law

                                                                     /s/
                                                                 PETER S. YOUNG
                                                                 Attorney for Plaintiff Donna Stafford


DATED: March 27th, 2006                           WILLIAM C. CARPENTER, JR., Attorney At Law

                                                                     /s/
                                                                 WILLIAM C. CARPENTER, JR.
                                                             Attorney *Pro Hac Vice* for Plaintiff Donna Stafford


DATED: March 27th, 2006                           KEVIN V. RYAN
                                                                 United States Attorney

                                                                     /s/
                                                                 JONATHAN U. LEE
                                                                 Assistant United States Attorney
                                                                 Attorneys for Defendants

**APPROVED AND SO ORDERED.**

Dated:  March 28, 2006

                                                                 [IT IS SO ORDERED / Judge Elizabeth D. Laporte signature stamp]
                                                                 ELIZABETH D. LAPORTE
                                                                 United States Magistrate Judge

JOINT STIPULATION AND ORDER RE: TELEPHONE APPEARANCE FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION TO COMPEL