IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA STAFFORD, | No. C-05-01113 EDL |
| Plaintiff, | **ORDER RE FURTHER BRIEFING** |
| v. | |
| SOCIAL SECURITY ADMIN. ET AL, | |
| Defendant. | |

The Court orders the parties to provide further briefing and evidentiary support, if any, regarding: (1) whether, in March 2003, Plaintiff was receiving, or potentially eligible for, benefits under Title XX of the Social Security Act, see 42 U.S.C. § 1397 *et seq.*; and (2) if Plaintiff was receiving or was eligible for such benefits, whether the disclosure was compatible with Routine Use number 14 for SSI records, which specifically references Title XX and allows the SSA to disclose information without prior authorization "[t]o State agencies to enable them to locate potentially eligible individuals and to make eligibility determinations for extensions of social services *under the provisions of title XX of this Act*." 60 C.F.R. 2144 (2006) (emphasis added).

The parties shall file their briefs on or before June 19, 2006.

**IT IS SO ORDERED.**

Dated: June 12, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge