KEVIN V. RYAN (SBN 118321)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JONATHAN U. LEE (SBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Tenth Floor
    San Francisco, California 94102
    Telephone:    (415) 436-6909
    Facsimile:    (415) 436-6748
    Email: jonathan.lee@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA STAFFORD, | No. C 05-1113 EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, AND THE UNITED STATES, | |
| Defendants. | |

STIPULATION and PROPOSED ORDER
C 05-1113 EDL                -1-

|   |   |
|---|---|
| 1 | THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY |
| 2 | SUBMIT THE FOLLOWING STIPULATION: |
| 3 |     Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiff DONNA |
| 4 | STAFFORD and Defendants SOCIAL SECURITY ADMINISTRATION and UNITED STATES |
| 5 | OF AMERICA stipulate to the dismissal with prejudice of <u>Stafford v. Social Security</u> |
| 6 | <u>Administration, United States of America</u>, Northern District of California case number C 05- |
| 7 | 1113 EDL.  Each party will bear its own attorney's fees and costs. |

DATED: August 21, 2006      /s/
                                    DONNA STAFFORD
                                    Plaintiff

DATED: August 21, 2006      PETER S. YOUNG, Attorney At Law

                                    /s/
                                    PETER S. YOUNG
                                    Attorney for Plaintiff Donna Stafford

DATED: August 21, 2006      WILLIAM C. CARPENTER, JR., Attorney At Law

                                    /s/
                                    WILLIAM C. CARPENTER, JR.
                                    Attorney *Pro Hac Vice* for Plaintiff Donna Stafford

DATED: August 21, 2006      KEVIN V. RYAN
                                    United States Attorney

                                    /s/
                                    JONATHAN U. LEE
                                    Attorneys for Defendants

**BASED ON THE FOREGOING STIPULATION, IT IS SO ORDERED.**

DATED: <u>December 8, 2006</u>      _____
                                    HON. ELIZABETH D. LAPORTE
                                    United States Magistrate Judge

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]